**Opinion issued November 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00711-CV

————————————

## IN RE COMMITMENT JOHN PALMER, Relator

---

### Original Proceeding on Petition for Writ of Prohibition

---

## MEMORANDUM OPINION

Relator, John William Palmer, acting pro se but represented by counsel in the court below, has filed a petition for writ of prohibition.[1] In the petition, he complains that the trial court violated Texas Code of Criminal Procedure art. 2.01 and 18 U.S.C. §§ 4241, 1001, and 4.

---

[1] The underlying case is *State of Texas v. John Palmer*, cause number 1584989, pending in the 183rd District Court of Harris County, Texas, the Honorable Mark Kent Ellis presiding.

We deny relator's petition for writ of prohibition. All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.